LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>SENNUWY Y. SMITH,<br><br>         Defendant | No. CV A 10-6893<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sennuwy Y. Smith, in the principal amount of $5,139.97 plus interest accrued to August 3, 2010, in the sum of $2,106.28; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$7,246.25**.

DATED:  9/28/2010                By: TERRY NAFISI
                                     Clerk of the Court

                                     *(signature)*
                                     Deputy Clerk
                                     United States District Court

Page 5